**Charles W. KENDLE, Plaintiff–Appellant,**

v.

**OFFICEMAX, INCORPORATED, Defendant–Appellee.**

No. 00–2494.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 13, 2001.

Charles W. Kendle, pro se. Thomas Michael Lucas, Kristina Helen Vaquera, Ruth Goodboe, McGuirewoods, L.L.P., Norfolk, VA, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Charles W. Kendle appeals the district court's order dismissing his civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Kendle v. OfficeMax, Inc.,* No. CA–00–133–2 (E.D.Va. Oct. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*